IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02669-EWN-BNB

ROBERT ALLEN PETERSON,

Plaintiff,

v.

FRED McKEE, Individualy [sic] and in his official capacity as Sheriff,
JOE McNUTT, Individually, and in his official capacity as Sergeant,
A.K.A. JESSIE STANFORD Individually and in his official capacity as Detention Officer,
A.K.A. STANTON, Individually and in his official capacity as Detention Officer,
BOARD AND COUNTY COMMISSIONERS, in official capacity, and
A.K.A. SCHEETZ, Individually and in his official capacity as Detention Officer.

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's "**Motion to Intervene under USCA 42 1997c and to Investigate under USCA 42 1997a to Attorney General Ex-parte Temporary Restraining Order**" (the "Motion"), filed June 16, 2005. The plaintiff filed an identical motion on May 16, 2005. The district judge denied the May 16th motion because it "wholly fail[ed] to meet the requirements of Fed.R.Civ.P. 65." *Order dated May 24, 2005*. The plaintiff has merely resubmitted a copy of the May 16th motion. Accordingly,

IT IS ORDERED that the Motion to Intervene under USCA 42 1997c and to Investigate under USCA 42 1997a to Attorney General Ex-parte Temporary Restraining Order, filed June 16, 2005, is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing redundant motions. Any future attempt to file a redundant motion may result in the dismissal of this case.

Dated June 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge