IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02669–EWN–BNB

ROBERT ALLEN PETERSON,

    Plaintiff,

v.

FRED McKEE, individually, and in his official capacity as Sheriff,
JOE McNUTT, individually, and in his official capacity as Sergeant,
A.K.A. JESSIE STANFORD, individually and in his official capacity as
Detention officer,
A.K.A. STANTON, individually and in his official capacity as
Detention officer,
BOARD OF COUNTY COMMISSIONERS, in official capacity,
A.K.A. SCHEETZ, individually and in his official capacity as detention
officer,

    Defendants

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 21, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's complaint and this action are dismissed without prejudice for failure to make monthly payments or show cause why the payments cannot be made and for failure to comply with relevant orders of the court, including the Order to Show Cause.

DATED this 17th day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge